**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Juventino Rigoberto Matias-Martinez,<br><br>        Defendant. | NO. 08-6307M<br><br>**ORDER** |

Upon motion of the United States, and good cause appearing,

**IT IS ORDERED** vacating the change-of-plea hearing set for November 20, 2008 at 2:30 p.m.

DATED this 3rd day of November, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge